UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRANCE WHITE

CIVIL ACTION

VERSUS

15-867-SDD-EWD

DARREL VANNOY, ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 28, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Petitioner's application for *habeas corpus* relief is hereby DENIED, and this proceeding is hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability is hereby DENIED.

Baton Rouge, Louisiana the 29th day of March, 2019.

*Shelly Dick*

_____
**SHELLY D. DICK, CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.
[3] Rec. Doc. 16.